NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003438
29-JUN-2015
11:13 AM

NO. CAAP-13-0003438

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FINANCE FACTORS, LIMITED, a Hawaiʻi corporation,
Plaintiff/Counterclaim Defendant/Appellee,
v.
JERRY BATUGO AGBANNAOAG; MERLITA TASANI AGBANNAOAG; EUSEBIO
TASANI; COSMEDIN TASANI; SEVERINO AGBANNAOAG; CONCHITA
AGBANNAOAG; RODOLFO TASANI; ESTABAN TASANI,
Defendants/Counterclaimants/Third-Party Plaintiffs/Appellants
and
KEENAN ETO; WESLEY BARUT; ROGER MADARIAGA,
Third-Party Defendants/Appellees
and
JOHN DOES 1-50; JANE DOES 1-50; DOE ENTITIES 1-50,
Defendants/Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0244(3))


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal (Stipulation for Dismissal) filed on June 17, 2015 by
Defendants/Counterclaimants/Third-Party Plaintiffs/Appellants
Jerry Batugo Agbannaoag, Merlita Tasani Agbannaoag, Eusebio
Tasani, Cosmedin Tasani, Severino Agbannaoag, Conchita
Agbannaoag, Rodolfo Tasani, and Estaban Tasani (Appellants)
and the record, it appears that (1) the parties seek to dismiss
the appeal pursuant to Hawaiʻi Rules of Appellate Procedure Rule
42(b); (2) the stipulation is dated and signed by counsel for all
parties appearing in the appeal; (3) the parties agree to bear

their own fees and costs; and (4) Appellants agree to pay for any outstanding fees or costs due to the court or to the clerk of the court.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed. The parties shall bear their own costs and fees. Any costs and fees owing to the court or clerk of the court will be paid by Appellants.

DATED: Honolulu, Hawaii, June 29, 2015.

Chief Judge

Associate Judge

Associate Judge